UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARYL ROGERS,

                Petitioner,

      v.

JACK WARNER,

                Respondent.

CASE NO. 3:26-cv-05148-TMC-GJL

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

Having reviewed the Report and Recommendation ("R&R") of the Honorable Grady J. Leupold, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1)    The Court adopts the R&R.

(2)    Petitioner's federal habeas Petition, which is an unauthorized successive petition under 28 U.S.C. 2244(b), is dismissed without prejudice for lack of jurisdiction.

(3)    A certificate of appealability is denied in this case.

(4)    The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. Grady J. Leupold.

**DATED** this 24th day of March, 2026.

TIFFANY M. CARTWRIGHT
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1